1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   ERIC C. SCHMALE
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336 / Fax: (702) 388-6418
5  eric.schmale@usdoj.gov
   *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00194-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |
| v. | |
| JUAN LUIS SOSA TAMAYO, | |
| Defendant. | |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be later withdrawn and applied toward Defendant Juan Luis Sosa Tamayo's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1. On August 5, 2020, Defendant Juan Luis Sosa Tamayo ("Sosa") was charged by indictment with one count of Conspiracy to Commit Access Devise Fraud in violation of 18 U.S.C. § 1029(a)(3), one count of Use of Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i) and 2, one count of Possession of Fifteen or More Counterfeit and Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i) and 2, two counts of Use of Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i) and 2, and two counts of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1) and 2. ECF No. 1.

2. The parties anticipate the provisions of the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A et seq will apply to this case, based on Sosa's guilty plea on September 14, 2022.

3. The United States Secret Service currently has in its possession cash in the amount of $83,458.25, which was seized on or around August 6, 2020, from a residence associated with Sosa.

5. The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds held by the United States Secret Service to the Clerk of Court, to be held until the Judgment is entered in this matter by the Court, or further order of the Court.

6. The parties seek an order directing the Clerk of Court to accept a payment on behalf of Sosa for the pre-sentence payment of restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Sosa until the time of sentencing or further order of the Court. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against Sosa in the sequence established in 18 U.S.C. § 3612(c).

7. Payment may be submitted by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:20-cr-00194-JAD-DJA" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this

matter as provided by law and in accordance with the Clerk's standard operating procedures, or until further order of the Court.

Respectfully submitted this 15th day of September, 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | PITARO & FUMO, CHTD. |
| /s/ Eric Schmale<br>ERIC SCHMALE<br>Assistant United States Attorney | /s/ Thomas Pitaro<br>THOMAS F. PITARO, ESQ.<br>Counsel for Defendant Juan Sosa Tamayo |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/28/2022